■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL MARRERO, Also Known as MANULO, Appellant. [837 NYS2d 596]—Rose, J. Appeal from a judgment of the County Court of Sullivan County (LaBuda, J.), rendered October 16, 2006, which resentenced defendant following his conviction of the crime of criminal sale of a controlled substance in the second degree.

In accordance with this Court's decision on defendant's prior appeal (30 AD3d 637 [2006]), County Court sentenced defendant to 7½ years to life in prison. During the pendency of that appeal, defendant filed an application for resentencing under the Drug Law Reform Act of 2005 (L 2005, ch 643, § 1), which County Court granted and resentenced defendant to a prison term of nine years to be followed by five years of postrelease supervision. Defendant now appeals.

We affirm. In light of defendant's status as a second felony drug offender, his resentence to a prison term of nine years was within the permissible statutory range (*see* Penal Law § 70.71 [3] [b] [ii]), and we find no abuse of discretion or extraordinary circumstances warranting a reduction of the sentence imposed (*see People v Lerario*, 38 AD3d 998, 999 [2007]; *People v Sawyer*, 37 AD3d 858, 859 [2007]).

Mercure, J.P., Carpinello, Lahtinen and Kane, JJ., concur. Ordered that the judgment is affirmed.